158 A.3d 77

Jarmen M. NELSON and Raki D. Nelson, Petitioners

v.

LA FITNESS INTERNATIONAL, LLC, Respondent

No. 336 MAL 2016

Supreme Court of Pennsylvania.

September 27, 2016

## ORDER

PER CURIAM

**AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.